# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO.CR05-5160RBL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING CONTINUANCE OF TRIAL DATE |
| ANTOINNE PIERRE MILES, | |
| Defendant. | |

The Court has reviewed the Stipulated Motion To Continue Trial filed by the Defendant.

For the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the government and the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from April 25, 2005 to June 27, 2005 is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **JUNE 27, 2005 at 9:30 a.m.**

The Pretrial Conference is rescheduled for **JUNE 14, 2005 at 9:00 a.m.**

The Motions Cutoff date is extended to **MAY 10, 2005.**

IT IS SO ORDERED this 14th day of April, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -1

ORDER -2

ORDER -2