UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINNE PIERRE MILES,<br><br>Defendant. | CASE NO.CR05-5160RBL<br><br>ORDER GRANTING<br>STIPULATION TO CONTINUE<br>TRIAL DATE |

An Agreed Order to Continue the Trial has been filed by the parties.

The Court has reviewed the pleadings and for the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the government and the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A).

The Jury Trial is **CONTINUED** to Monday, **DECEMBER 5, 2005** at 9:30 a.m.

The Pretrial Conference is rescheduled to Tuesday, **NOVEMBER 29, 2005** at 9:00 a.m.

The Motions Cutoff date was previously extended to September 19, 2005

IT IS SO ORDERED this 1st day of September 1, 2005.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -1