Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.   CR05-5160RBL |
| ) | |
| v. ) | |
| ) | ORDER GRANTING JOINT |
| ANTONNE PIERRE MILES, ) | MOTION TO REDUCE SENTENCE |
| ) | RE CRACK COCAINE OFFENSE |
| Defendant. ) | PURSUANT TO 18 U.S.C. 3582 |
| _____) | |

THIS MATTER comes before the Court upon the joint motion of the parties to reduce the defendant's sentence for a crack cocaine offense, pursuant to Title 18, United States Code, Section 3582.

The Court, having considered the entirety of the record and files herein, and the reasons stated in the motion, and the Court being fully advised in the matter, it is therefore

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the government shall submit a proposed

//
//
//
//
//

Order Granting Motion to Reduce Sentence
Re Crack Cocaine Offense Pursuant to 18 U.S.C. 3582 – 1
U.S. v. Miles/CR05-5160RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

Amended Judgment sentencing the defendant to __70__ months imprisonment, with all other conditions remaining the same.

IT IS SO ORDERED this 11th day of March, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

Order Granting Motion to Reduce Sentence
Re Crack Cocaine Offense Pursuant to 18 U.S.C. 3582 – 2
*U.S. v. Miles*/CR05-5160RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970